AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
West Palm Beach Division

| | | |
|---|---|---|
| DEANNA WILLIAMS<br><br>*Plaintiff(s)*<br>v.<br><br>THE BOCA RATON, LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   9:26-cv-80258-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Boca Raton, LLC
C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason L. Gunter, Esq.
GunterFirm
2165 W. First St., #104
Fort Myers, FL 33901
Email: info@gunterfirm.com
Phone: (239) 334-7017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 12, 2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ Micky Quezada
Deputy Clerk
U.S. District Courts